**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-25054-LEIBOWITZ/AUGUSTIN-BIRCH**

**VIOLETTA LEE, *et al.*,**

*Plaintiffs,*

*v.*

**BAKU CAFE INC., *et al.*,**

*Defendants.*
_______________________________________/

## ORDER ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation to Grant Defendants' Expedited Motion to Set Aside Clerk's Defaults and Deny Plaintiffs' Motion for Default Final Judgment [ECF No. 48] (the "R&R"), filed on September 30, 2026.

The undersigned previously referred Plaintiffs' Motion for Default Final Judgment Against Defendants Saint Petersburg Market LLC, d/b/a Baku Café, and Slavik Gurshumov and Incorporated Memorandum of Law, [ECF No. 34], and Defendants' Expedited Motion to Set Aside Clerk's Defaults, [ECF No. 37] (together, the "Motions"), to United States Magistrate Judge Augustin-Birch. [*See* ECF Nos. 35, 42]. No objections to the R&R were filed during the 14-day objection period.

Thus, having reviewed the Motions, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 48**] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.
2. The Clerk's Defaults [**ECF Nos. 27, 28**] are **VACATED**.
3. Plaintiffs' Motion for Default Final Judgment [**ECF No. 34**] is **DENIED**.

4. Defendants' Expedited Motion to Set Aside Clerk's Defaults [**ECF No. 37**] is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUGED** that Defendants' Proposed Joint Answer and Affirmative Defenses to First Amended Complaint [**ECF No. 39**] is **STRICKEN** because it is filed as a proposed answer. Defendants shall file an answer or response—and not one that is merely proposed—to the Plaintiffs' First Amended Complaint [ECF No. 7] no later than November 2, 2026.

**DONE AND ORDERED** in the Southern District of Florida on October 19, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record